**Willie Joe WILLIAMS, Plaintiff— Appellant,**

v.

**Hue BUTLER; Geddes D. Anderson; James T. Coursey, Defendants— Appellees.**

**No. 06–6116.**

United States Court of Appeals, Fourth Circuit.

Submitted: March 23, 2006.

Decided: March 31, 2006.

Willie Joe Williams, Appellant Pro Se. Donna Seegars Givens, Woods & Givens, LLP, Lexington, South Carolina; Geddes D. Anderson, Greenwood, South Carolina, for Appellees.

Before WILKINSON, LUTTIG, and WILLIAMS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Willie Joe Williams appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, although we grant Williams's motion for leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *See Williams v. Butler*, No. 6:05–cv–01072–DCN (D.S.C. Jan. 5, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*